AFFIRM; Opinion issued November 28, 2012.



In The

# Court of Appeals
## Fifth District of Texas at Dallas

---

No. 05-12-00362-CR
No. 05-12-00960-CR

---

**LENARD JUSTIN JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F07-57722-R, F07-57723-R**

---

## MEMORANDUM OPINION

Before Justices FitzGerald, Richter, and Fillmore
Opinion by Justice Fillmore

Lenard Justin Jones appeals from the adjudication of his guilt for two drug offenses: possession of marijuana in an amount of five pounds or less but more than four ounces, and possession of 3,4-methylenedioxy methamphetamine in an amount of one gram or more but less than four grams. *See* TEX. HEALTH & SAFETY CODE ANN. §§ 481.116(a), (c), 481.121(a), (b)(3) (West 2010). The trial court assessed punishment at two years' confinement in a state jail facility on the marijuana conviction and seven years' imprisonment on the methamphetamine conviction. On appeal, Jones's attorney filed a brief in which she concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California,*

386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to Jones. We advised Jones of his right to file a pro se response, but he did not file a pro se response.

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeals are frivolous and without merit. We find nothing in the record that might arguably support the appeals.

We affirm the trial court's judgments.

ROBERT M. FILLMORE
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

120362F.U05



# Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

LENARD JUSTIN JONES, Appellant

No. 05-12-00362-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 265th Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F07-57722-H).
Opinion delivered by Justice Fillmore,
Justices FitzGerald and Richter
participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered November 28, 2012.

_____
ROBERT M. FILLMORE
JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

LENARD JUSTIN JONES, Appellant

No. 05-12-00960-CR        V.

THE STATE OF TEXAS, Appellee

Appeal from the 265th Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F07-57723-H).
Opinion delivered by Justice Fillmore,
Justices FitzGerald and Richter
participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered November 28, 2012.

_____
ROBERT M. FILLMORE
JUSTICE